✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

| | |
|---|---|
| KAITLYN THARALDSON, et al. | **NOTICE** |
| V. | |
| CHICOPEE PUBLIC SCHOOLS, et al. | CASE NUMBER:    04-30086 |

TYPE OF CASE:

☒  CIVIL            CRIMINAL

☒  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

SCHEDULING CONFERENCE
(Joint Statement shall be filed by no later than July 21, 2004.)

☐  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **6/28/04 at 10:30 a.m.** | **July 28, 2004, at 11:30 a.m.** |

TONY ANASTAS, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| | |
|---|---|
| July 8, 2004 | /s/ Bethaney A. Healy |
| DATE | (BY) DEPUTY CLERK |

TO:    All Counsel of Record