# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAITLYN T.; DAVID THARALDSON; <br> DIANE THARALDSON <br><br> Plaintiffs <br><br> v. <br><br> CHICOPEE PUBLIC SCHOOLS and <br> THE CITY OF CHICOPEE <br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 04-30086 <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT FOR ATTORNEY'S FEES

The Plaintiffs hereby request permission from the Court, pursuant to Fed. R. Civ. P., Rule 15(d), to file supplemental pleadings associated with their Complaint for Attorney's fees.

WHEREFORE, Kaitlyn T. and her parents respectfully request that this court grant the them permission to file their Supplemental Complaint for Attorney's fees.

                                                                             Respectfully submitted, <br>
                                                                             The Plaintiffs <br>
                                                                             By their attorney

April 19, 2005                                      **/S/DEREK M. BEAULIEU** <br>
                                                                             Derek M. Beaulieu, Esq. <br>
                                                                             1242 Main Street, Suite 306 <br>
                                                                             Springfield, MA 01103 <br>
                                                                             BBO#644185