Bill for Attorney Services Rendered

| Kaitlyn T. v Chicopee  - BSEA Hearing 04-0093(a) | | | |
|---|---|---|---|
| | Hours | Rate | Bill |
| 6/23/2003 meeting w parents - initial consultation | 1 | $ 125.00 | $ 125.00 |
| 6/25/2003 Review of documents, call to Dr. Kemper | 2 | $ 125.00 | $ 250.00 |
| 6/27/2003 Drafting BSEA complaint and cover ltr | 3.25 | $ 125.00 | $ 406.25 |
| 7/14/2003 Telephone call with client and BSEA | 0.25 | $ 125.00 | $ 31.25 |
| 7/25/2003 Telephone call with BSEA and parent | 0.25 | $ 125.00 | $ 31.25 |
| 7/30/2003 Telephone call with BSEA | 0.25 | $ 125.00 | $ 31.25 |
| 7/31/2003 Telephone call with BSEA re:scheduling | 0.25 | $ 125.00 | $ 31.25 |
| 8/12/2003 Telephone call with client | 0.25 | $ 125.00 | $ 31.25 |
| 8/18/2003 Telephone call with BSEA | 0.25 | $ 125.00 | $ 31.25 |
| 8/21/2003 Review for pre-hearing conference | 2 | $ 125.00 | $ 250.00 |
| 8/22/2003 Travel time to Worcester for Pre-Hearing | 1 | $ 125.00 | $ 125.00 |
| 8/22/2003 BSEA pre-hearing | 2 | $ 125.00 | $ 250.00 |
| 8/22/2003 travel time from Worcester for Pre-Hearing | 1 | $ 125.00 | $ 125.00 |
| 8/25/2003 Calls to Dr. Kemper/White Oak/client | 0.5 | $ 125.00 | $ 62.50 |
| 8/26/2003 Drafting 10 day letter re: placement | 0.5 | $ 125.00 | $ 62.50 |
| 8/29/2003 Telephone call with Dr. Kemper re:evals | 0.5 | $ 125.00 | $ 62.50 |
| 9/5/2003 Drafting status report | 1 | $ 125.00 | $ 125.00 |
| 9/19/2003 Telephone call with client | 0.5 | $ 125.00 | $ 62.50 |
| 9/22/2003 Drafting letter to BSEA | 0.5 | $ 125.00 | $ 62.50 |
| 10/2/2003 Telephone call with BSEA- conference | 0.5 | $ 125.00 | $ 62.50 |
| 10/6/2003 Telephone call with client | 0.25 | $ 125.00 | $ 31.25 |
| 10/14/2003 Telephone call with client | 0.25 | $ 125.00 | $ 31.25 |
| 10/15/2003 Drafting mot. -oppose request psych evals | 1.5 | $ 125.00 | $ 187.50 |
| 10/17/2003 Review of discovery requests and interog | 1 | $ 125.00 | $ 125.00 |
| 10/23/2003 Review of disc. Req. for materials | 1 | $ 125.00 | $ 125.00 |
| 10/27/2003 Prep for trial and draft summons | 1 | $ 125.00 | $ 125.00 |
| 10/28/2003 Prep for trial (responses for interog, and gathering and copying doc, call to Dr. Kemper | 6 | $ 125.00 | $ 750.00 |
| 10/29/2003 Drafting letter to BSEA re: Dr. Kemper | 0.5 | $ 125.00 | $ 62.50 |
| 10/30/2003 completing req. for interog. And discovery | 3 | $ 125.00 | $ 375.00 |
| 11/5/2003 *copying costs* | | | *$ 60.57* |
| 11/7/2003 Telephone call with White Oak and client | 1 | $ 125.00 | $ 125.00 |
| 11/10/2003 Telephone call with Jodi Rosol | 0.5 | $ 125.00 | $ 62.50 |
| 12/9/2003 Telephone call with Dr. Kemper | 0.5 | $ 125.00 | $ 62.50 |
| 12/10/2003 Telephone call with BSEA/client | 0.5 | $ 125.00 | $ 62.50 |
| 12/18/2003 Drafting interrogatories | 2 | $ 125.00 | $ 250.00 |
| 1/5/2004 Telephone call with White Oak | 0.5 | $ 125.00 | $ 62.50 |
| 1/13/2004 Telephone call with White Oak/client | 0.5 | $ 125.00 | $ 62.50 |
| 1/13/2004 Telephone call with Dr. Kemper | 0.5 | $ 125.00 | $ 62.50 |
| 1/13/2004 meeting with White Oak staff re: case | 3.5 | $ 125.00 | $ 437.50 |
| 1/14/2004 trial preparation | 4 | $ 125.00 | $ 500.00 |
| 1/16/2004 Drafting requests for summons | 1 | $ 125.00 | $ 125.00 |
| 1/19/2004 Review of Read 180 literature | 4.5 | $ 125.00 | $ 562.50 |
| 1/19/2004 Legal research re: Read 180 | 2.5 | $ 125.00 | $ 312.50 |
| 1/19/2004 Review of all school's exhibits | 3.5 | $ 125.00 | $ 437.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/19/2004 | assembling supplemental exhibits/copying | 3 | $ 125.00 | $ 375.00 |
| 1/20/2004 | Telephone call with Jodi Rosol/notes | 0.5 | $ 125.00 | $ 62.50 |
| 1/20/2004 | Telephone call with White Oak/notes | 0.5 | $ 125.00 | $ 62.50 |
| 1/20/2004 | Witness preparation | 3 | $ 125.00 | $ 375.00 |
| 1/20/2004 | Telephone call with Dr. Kemper | 1.5 | $ 125.00 | $ 187.50 |
| 1/20/2004 | witness preparation of father | 3.5 | $ 125.00 | $ 437.50 |
| 1/21/2004 | case review | 1 | $ 125.00 | $ 125.00 |
| 1/22/2004 | updating exhibits | 2 | $ 125.00 | $ 250.00 |
| 1/22/2004 | preparing exhibits for witness review | 1.5 | $ 125.00 | $ 187.50 |
| 1/23/2004 | hand delivery of evidence to Atty Thompson | 0.75 | $ 125.00 | $ 93.75 |
| 1/23/2004 | review of new evidence from Atty | 3.5 | $ 125.00 | $ 437.50 |
| 1/23/2004 | Telephone call with client and Dr. Kemper | 0.5 | $ 125.00 | $ 62.50 |
| 1/23/2004 | copying/sending new evidence to Kemper | 1.5 | $ 125.00 | $ 187.50 |
| 1/23/2004 | Telephone call with Jodi Rosol | 0.5 | $ 125.00 | $ 62.50 |
| 1/26/2004 | Telephone call with D.Drake re: evidence | 1 | $ 125.00 | $ 125.00 |
| 1/27/2004 | trial preparation/review of case | 1.5 | $ 125.00 | $ 187.50 |
| 1/28/2004 | trial preparation/review of case | 4 | $ 125.00 | $ 500.00 |
| 1/28/2004 | preparing direct exam questions for Dr. Kemper | 2.5 | $ 125.00 | $ 312.50 |
| 1/28/2004 | Telephone call with Dr. Kemper | 1 | $ 125.00 | $ 125.00 |
| 1/28/2004 | Telephone call with David Drake | 0.75 | $ 125.00 | $ 93.75 |
| 1/28/2004 | fax to David Drake | 0.25 | $ 125.00 | $ 31.25 |
| 1/28/2004 | preparing Direct Exam questions for Drake and Drumm | 3 | $ 125.00 | $ 375.00 |
| 1/28/2004 | preparing Direct Exam questions for Jodi Rosol | 0.5 | $ 125.00 | $ 62.50 |
| 1/29/2004 | Review of case | 1 | $ 125.00 | $ 125.00 |
| 1/29/2004 | BSEA Hearing | 6 | $ 125.00 | $ 750.00 |
| 1/29/2004 | meeting with clients | 1 | $ 125.00 | $ 125.00 |
| 1/29/2004 | review of new exhibits | 2 | $ 125.00 | $ 250.00 |
| 1/30/2004 | Review of Case | 2 | $ 125.00 | $ 250.00 |
| 1/30/2004 | BSEA Hearing | 7.5 | $ 125.00 | $ 937.50 |
| 1/30/2004 | meeting with clients | 1 | $ 125.00 | $ 125.00 |
| 2/2/2004 | review of evidence from school | 3 | $ 125.00 | $ 375.00 |
| 2/2/2004 | Telephone cal with White Oak | 1 | $ 125.00 | $ 125.00 |
| 2/2/2004 | trial preparation | 4 | $ 125.00 | $ 500.00 |
| 2/3/2004 | BSEA Hearing | 8.5 | $ 125.00 | $ 1,062.50 |
| 2/3/2004 | meeting with clients | 1 | $ 125.00 | $ 125.00 |
| 2/3/2004 | drafting new questions and trial prep | 1.5 | $ 125.00 | $ 187.50 |
| 2/4/2004 | BSEA Hearing | 8.5 | $ 125.00 | $ 1,062.50 |
| 2/4/2004 | meeting with clients | 2 | $ 125.00 | $ 250.00 |
| 2/5/2004 | organizing notes from hearing | 1.5 | $ 125.00 | $ 187.50 |
| 2/12/2004 | drafting closing argument | 6 | $ 125.00 | $ 750.00 |
| 2/17/2004 | final closing, copying and mailing | 1 | $ 125.00 | $ 125.00 |
| 2/18/2004 | Review of school's motion for more time | 0.5 | $ 125.00 | $ 62.50 |
| 2/18/2004 | call to client | 0.25 | $ 125.00 | $ 31.25 |
| 2/23/2004 | review of closing argument from school | 1.25 | $ 125.00 | $ 156.25 |
| 2/23/2004 | Telephone call with client/mailing | 0.5 | $ 125.00 | $ 62.50 |
| 2/26/2004 | Telephone call with clients re: questions | 0.5 | $ 125.00 | $ 62.50 |
| 3/16/2004 | Telephone call with client | 0.5 | $ 125.00 | $ 62.50 |
| 4/9/2004 | review of BSEA decision | 1 | $ 125.00 | $ 125.00 |
| 4/9/2004 | pc w clients re decision | 1 | $ 125.00 | $ 125.00 |
| 4/12/2004 | pc w White Oak School Sue Edgerly | 0.5 | $ 125.00 | $ 62.50 |
| 4/20/2004 | telephone call w clients re refusal to bus | 0.5 | $ 125.00 | $ 62.50 |
| 4/27/2004 | draft motion for non-compliance to BSEA | 1.5 | $ 125.00 | $ 187.50 |

| Date | Description | Hours | Rate | Bill |
|---|---|---|---|---|
| 4/29/2004 | meeting w parents - regarding appeal | 1 | $ 125.00 | $ 125.00 |
| 5/3/2004 | review correspondence from Atty Thompson | 0.25 | $ 125.00 | $ 31.25 |
| | Total attorneys fees | | | $20,404.32 |
| | Kempers expert witness fees | | | $ 2,035.00 |
| | Total attorneys fees | | | $22,439.32 |

| Non-Compliance Hearings After BSEA Decision 04-0093 and 0093(b) | | | | |
|---|---|---|---|---|
| Date | Description | Hours | Rate | Bill |
| 5/13/2004 | research re Sch's Mtn staying BSEA decision | 1.5 | $ 125.00 | $ 187.50 |
| 5/13/2004 | drafting motion for non-compliance staying decision | 3 | $ 125.00 | $ 375.00 |
| 5/21/2004 | meeting w parent re case law and request for reimbursemen | 1.5 | $ 125.00 | $ 187.50 |
| 5/21/2004 | meeting w clients | 1 | $ 125.00 | $ 125.00 |
| 5/21/2004 | BSEA non-compliance Hearing Stay Decision | 1.5 | $ 125.00 | $ 187.50 |
| 5/27/2004 | pc w client re transportation and reimbursement | 1 | $ 125.00 | $ 125.00 |
| 5/28/2004 | pc w client review ltr fr Claire | 0.5 | $ 125.00 | $ 62.50 |
| 5/31/2004 | Research re Transportation Reimbursement Rates | 2 | $ 125.00 | $ 250.00 |
| 5/31/2004 | Draft 2nd motion for non-compliance | 4 | $ 125.00 | $ 500.00 |
| 5/31/2004 | meeting w clients | 1 | $ 125.00 | $ 125.00 |
| 6/1/2004 | Preparation of documents for BSEA | 0.5 | $ 125.00 | $ 62.50 |
| 6/2/2004 | Research re reimbursement for transportation | 2 | $ 125.00 | $ 250.00 |
| 6/10/2004 | pc w client re hearing | 0.5 | $ 125.00 | $ 62.50 |
| 6/11/2004 | pc w BSEA and pc to client | 0.5 | $ 125.00 | $ 62.50 |
| 6/15/2004 | pc w client | 0.5 | $ 125.00 | $ 62.50 |
| 6/18/2004 | phone conf call w BSEA | 0.5 | $ 125.00 | $ 62.50 |
| 6/25/2004 | review of cases re transportation | 2 | $ 125.00 | $ 250.00 |
| 8/13/2004 | pc w Sue Edgerly White Oak re payment to tuition | 0.1 | $ 125.00 | $ 12.50 |
| 8/25/2004 | review Show Cause Mtn from BSEA | 0.1 | $ 125.00 | $ 12.50 |
| 8/26/2004 | meeting w clients | 1 | $ 125.00 | $ 125.00 |
| 9/20/2004 | research re Transportation Reimbursement | 2.5 | $ 125.00 | $ 312.50 |
| 9/20/2004 | draft memo re reimbursement | 6 | $ 125.00 | $ 750.00 |
| 9/23/2004 | BSEA Hearing re reimbursement | 1 | $ 125.00 | $ 125.00 |
| 9/23/2004 | meeting w clients | 0.5 | $ 125.00 | $ 62.50 |
| 11/19/2004 | review BSEA underlying decision | 0.5 | $ 125.00 | $ 62.50 |
| 11/19/2004 | pc w client | 0.5 | $ 125.00 | $ 62.50 |
| 12/23/2004 | pc w client | 0.5 | $ 125.00 | $ 62.50 |
| 12/29/2004 | review Claire's response | 0.25 | $ 125.00 | $ 31.25 |
| 12/29/2004 | pc w BSEA | 0.25 | $ 125.00 | $ 31.25 |
| 1/3/2005 | pc w client re reimbursement issue | 0.5 | $ 125.00 | $ 62.50 |
| 1/4/2005 | Review ORDER of the BSEA | 0.5 | $ 125.00 | $ 62.50 |
| 1/18/2005 | draft letter to BSEA re withdraw of matter | 0.5 | $ 125.00 | $ 62.50 |
| 1/31/2005 | pc w client | 1 | $ 125.00 | $ 125.00 |
| | Total Attorney Fees for Non-Compliance Hearings | | | $ 4,900.00 |

| Chicopee vs. Kaitlyn T. Appeal before the US District Court 04-30087 | | | | |
|---|---|---|---|---|
| Date | Description | Hours | Rate | Bill |
| 5/6/2004 | research re Plaintiffs request for prelim injun relief | 3 | $ 145.00 | $ 435.00 |
| 5/6/2004 | meeting w clients | 1 | $ 145.00 | $ 145.00 |
| 5/11/2004 | pc w client | 1 | $ 145.00 | $ 145.00 |
| 5/14/2004 | draft opp to motion to stay | 9 | $ 145.00 | $ 1,305.00 |
| 5/16/2004 | drafting answer to appeal - redraft summons | 5 | $ 145.00 | $ 725.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 5/17/2004 | research re Burlington at Library | 1 | $ 145.00 | $ 145.00 |
| 5/18/2004 | cover letter and rtn of service filing document in Federal Cou | 0.5 | $ 145.00 | $ 72.50 |
| 5/19/2004 | review correspondence from Atty Thompson | 1 | $ 145.00 | $ 145.00 |
| 5/20/2004 | pc w client | 1 | $ 145.00 | $ 145.00 |
| 5/31/2004 | review of expenses and draft demand | 1.75 | $ 145.00 | $ 253.75 |
| 5/31/2004 | pcw client re expenses | 0.25 | $ 145.00 | $ 36.25 |
| 6/10/2004 | review scheduling order fed court | 0.5 | $ 145.00 | $ 72.50 |
| 6/28/2004 | pc w Fed Ct re scheduling order/review on Pacer | 0.5 | $ 145.00 | $ 72.50 |
| 6/29/2004 | drafting letter to Claire | 1 | $ 145.00 | $ 145.00 |
| 6/29/2004 | review of case and draft Joint Scheduling Mtn | 2 | $ 145.00 | $ 290.00 |
| 6/30/2004 | pc w Claire re scheduling | 0.1 | $ 145.00 | $ 14.50 |
| 7/7/2004 | review letter fr Claire re Joint statement | 0.5 | $ 145.00 | $ 72.50 |
| 7/7/2004 | review of proposed Joint Statement by Claire | 0.5 | $ 145.00 | $ 72.50 |
| 7/7/2004 | research re fed rules of civ pro | 0.5 | $ 145.00 | $ 72.50 |
| 7/7/2004 | redrafting Joint Statement and fax | 1 | $ 145.00 | $ 145.00 |
| 7/8/2004 | redrafting final Joint Statement and fax | 1.5 | $ 145.00 | $ 217.50 |
| 7/8/2004 | pc to Federal Court | 0.1 | $ 145.00 | $ 14.50 |
| 7/8/2004 | pc fr Claire and notes | 0.25 | $ 145.00 | $ 36.25 |
| 7/8/2004 | draft letter to Claire and fax | 0.5 | $ 145.00 | $ 72.50 |
| 7/8/2004 | Amend complaint | 1 | $ 145.00 | $ 145.00 |
| 7/8/2004 | pc to Federal Court | 0.25 | $ 145.00 | $ 36.25 |
| 7/8/2004 | copying Joint Statement | 0.5 | $ 145.00 | $ 72.50 |
| 7/8/2004 | pc w Atty Gen Tim Jones | 0.1 | $ 145.00 | $ 14.50 |
| 7/8/2004 | pc w Claire and Bethany Healy re scheduling | 0.5 | $ 145.00 | $ 72.50 |
| 7/9/2004 | pc w client | 0.75 | $ 145.00 | $ 108.75 |
| 7/16/2004 | review Motion to Change Sch Conf | 0.25 | $ 145.00 | $ 36.25 |
| 7/16/2004 | revise amended complaint | 1 | $ 145.00 | $ 145.00 |
| 7/26/2004 | meeting w clients | 1 | $ 145.00 | $ 145.00 |
| 7/28/2004 | drafting Def. Statement re scheduling | 1 | $ 145.00 | $ 145.00 |
| 7/28/2004 | pc Claire and Atty Gen Office | 0.5 | $ 145.00 | $ 72.50 |
| 7/29/2004 | pc to client | 0.25 | $ 145.00 | $ 36.25 |
| 8/3/2004 | review of E Mail and sched notice | 0.25 | $ 145.00 | $ 36.25 |
| 8/4/2004 | review case law and prep for conf. | 1 | $ 145.00 | $ 145.00 |
| 8/4/2004 | Federal Court Scheduling Conf | 2 | $ 145.00 | $ 290.00 |
| 8/4/2004 | meeting w Jim Whitcomb | 0.25 | $ 145.00 | $ 36.25 |
| 8/4/2004 | review of transcripts | 1 | $ 145.00 | $ 145.00 |
| 8/11/2004 | review of settlement offer | 0.5 | $ 145.00 | $ 72.50 |
| 8/11/2004 | pc w client | 0.5 | $ 145.00 | $ 72.50 |
| 8/13/2004 | review case for settlement and pc client | 1 | $ 145.00 | $ 145.00 |
| 8/19/2004 | pc w Jim Whitcomb | 0.25 | $ 145.00 | $ 36.25 |
| 8/19/2004 | review of Plaintiffs mtn for Additional Evidence | 0.5 | $ 145.00 | $ 72.50 |
| 8/25/2004 | review ltr fr Claire | 0.25 | $ 145.00 | $ 36.25 |
| 8/31/2004 | reading transcripts | 3.5 | $ 145.00 | $ 507.50 |
| 8/31/2004 | outline Pl mnt for add evidence | 1 | $ 145.00 | $ 145.00 |
| 8/31/2004 | research re add evid | 1 | $ 145.00 | $ 145.00 |
| 8/31/2004 | drafting opposition | 3 | $ 145.00 | $ 435.00 |
| 9/1/2004 | drafting opposition | 3 | $ 145.00 | $ 435.00 |
| 9/2/2004 | review admin records | 4 | $ 145.00 | $ 580.00 |
| 9/3/2004 | pcs w Atty Gen Office | 0.25 | $ 145.00 | $ 36.25 |
| 9/8/2004 | pc w client | 0.25 | $ 145.00 | $ 36.25 |
| 9/16/2004 | pc w client | 0.5 | $ 145.00 | $ 72.50 |
| 9/22/2004 | review Atty Gen's memo re additional evid | 0.25 | $ 145.00 | $ 36.25 |

| Date | Description | Hours | Rate | Bill |
|---|---|---|---|---|
| 9/23/2004 | pc w client re settlement | 1 | $ 145.00 | $ 145.00 |
| 9/29/2004 | review of settlement offer | 0.25 | $ 145.00 | $ 36.25 |
| 9/30/2004 | pc w client re settlement | 0.5 | $ 145.00 | $ 72.50 |
| 10/8/2004 | pc w Claire | 0.25 | $ 145.00 | $ 36.25 |
| 10/8/2004 | review federal court decision re add evidence | 0.5 | $ 145.00 | $ 72.50 |
| 10/8/2004 | pc w client re ruling | 0.5 | $ 145.00 | $ 72.50 |
| 11/26/2004 | review Plaintiffs Mtn Sum J -outline- rev cases | 4.5 | $ 145.00 | $ 652.50 |
| 12/3/2004 | pc w Jim Whitcomb re sum J | 0.25 | $ 145.00 | $ 36.25 |
| 12/8/2004 | pc w client re case | 0.5 | $ 145.00 | $ 72.50 |
| 12/13/2004 | review Plaintiffs Mtn Sum J -draft response | 8 | $ 145.00 | $ 1,160.00 |
| 12/15/2004 | draft Mtn Sum J Argument II | 8 | $ 145.00 | $ 1,160.00 |
| 12/17/2004 | draft Mtn Sum J | 8 | $ 145.00 | $ 1,160.00 |
| 12/18/2004 | proof read edit Mtn Sum J | 1 | $ 145.00 | $ 145.00 |
| 12/18/2004 | copy and e file Mtn Sum J | 0.25 | $ 145.00 | $ 36.25 |
| 1/13/2005 | review of Atty Gen Motions and Memorandum | 0.5 | $ 145.00 | $ 72.50 |
| 3/10/2005 | pc w client | 1 | $ 145.00 | $ 145.00 |
| 3/21/2005 | preparation and review for argument | 1.5 | $ 145.00 | $ 217.50 |
| 3/21/2005 | Argument bf Ponser re Mtns for S. Judgment | 2.5 | $ 145.00 | $ 362.50 |
| 3/23/2005 | Review Memorandum and Order | 0.25 | $ 145.00 | $ 36.25 |
|  | *Attorneys Fees Total* |  |  | **$15,087.25** |

| Complaint for Attorneys Fees Kaitlyn T. v Chicopee 04-30086 ||||||
|---|---|---|---|---|
| Date | Description | Hours | Rate | Bill |
| 5/3/2004 | drafting Complaint for Atty Fees | 3 | $ 145.00 | $ 435.00 |
| 5/6/2004 | drafting cover- fed docs and summons, filing time | 4 | $ 145.00 | $ 580.00 |
| 3/28/2005 | calculating bills for cases | 1 | $ 145.00 | $ 145.00 |
| 4/15/2005 | pc w client re atty fees | 0.25 | $ 145.00 | $ 36.25 |
| 4/15/2005 | amending complaint | 2 | $ 145.00 | $ 290.00 |
|  |  |  |  | $ 1,486.25 |
|  |  |  | *Federal Court Filing Fees* | $ 150.00 |
|  |  |  |  | $ 1,636.25 |

|  |  |
|---|---|
| *Total fees from BSEA Hearing* | $22,439.32 |
| *Total fees from BSEA Non-Compliance Hearings* | $ 4,900.00 |
| *Total Fees from Appeal* | $15,087.25 |
| *Total fees from Attorney Fees Complaint* | $ 1,636.25 |
| *Total of Attorney Fees* | **$44,062.82** |