# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CITY OF CHICOPEE, Acting
through the Chicopee Public Schools,

    Plaintiff(s)

        v.                    CIVIL ACTION NO. 3:04-30087-MAP

DAVID T., ET AL.,

    Defendant(s)

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]    **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant's David T., et al., against the plaintiff City of Chicopee, pursuant to the court's memorandum and order entered this date, granting the defendant's motion for summary judgment.

                                            SARAH A. THORNTON,
                                            CLERK OF COURT

Dated: March 23, 2005                By /s/ Maurice G. Lindsay
                                              Maurice G. Lindsay
                                              Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                     [jgm.]