IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Case Number: 04-30086-KPN

KAITLYN T., DAVID THARALDSON,
DIANE THARALDSON,
    Plaintiffs

v.

CHICOPEE PUBLIC SCHOOLS and THE
CITY OF CHICOPEE,
    Defendants

## DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SUPPLEMENTAL COMPLAINT FOR ATTORNEY'S FEES AND TO REDUCE FEES SOUGHT IN ORIGINAL COMPLAINT

Now comes the Defendant and respectfully requests that this Honorable Court dismiss the

Plaintiffs' Supplemental Complaint for Attorney's Fees as failing to state a claim upon which

relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  The

Plaintiffs' Supplemental Complaint lacks any supporting exhibits to document the fees sought by

the Plaintiffs and to permit the Court to assess the reasonableness of those fees.  The Court is

authorized to deny reimbursement for failure to document fees with detailed and

contemporaneous time records.  *Souza v. Southworth,* 564 F.2d 609 (1st Cir. 1977).  Where

documentation is minimal or inadequate, the Court may drastically reduce any fee award.  *Id.*

270295.1

WHEREFORE, the Defendant hereby moves for dismissal of the Plaintiff's

Supplemental Complaint for Attorney's Fees and/or Reduction of any award rendered.


Dated:  May 31, 2005

THE DEFENDANTS,
CHICOPEE PUBLIC SCHOOLS and
THE CITY OF CHICOPEE
BY THEIR ATTORNEY


<u>CERTIFICATE OF SERVICE</u>

By__ */s/Claire L. Thompson*_____

I certify that this document has been
served upon all counsel of record in compliance
with F.R.C.P., on
May 31, 2005.

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
& Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA  01144
Phone:  (413) 733-3111
Fax:   (413) 734-3910
B.B.O. No:  550262

 */s/Claire L. Thompson*_____
  Claire L. Thompson

270295.1                              2