Bill for Attorney Services Rendered Kaitlyn T vs Chicopee

| Date | Description | Hours | Rate | Bill |
|---|---|---|---|---|
| 23-Jun-03 | meeting w parents - initial consultation | 1 | $125.00 | $125.00 |
| 25-Jun-03 | Review of documents, call to Dr. Kemper | 2 | $125.00 | $250.00 |
| 27-Jun-03 | Drafting BSEA complaint and cover ltr | √3.25 | $125.00 | $406.25 |
| 14-Jul-03 | Telephone call with client and BSEA | 0.25 | $125.00 | $31.25 |
| 25-Jul-03 | Telephone call with BSEA and parent | 0.25 | $125.00 | $31.25 |
| 30-Jul-03 | Telephone call with BSEA | 0.25 | $125.00 | $31.25 |
| 31-Jul-03 | Telephone call with BSEA re:scheduling | 0.25 | $125.00 | $31.25 |
| 12-Aug-03 | Telephone call with client | 0.25 | $125.00 | $31.25 |
| 18-Aug-03 | Telephone call with BSEA | 0.25 | $125.00 | $31.25 |
| 21-Aug-03 | Review for pre-hearing conference | 2 | $125.00 | $250.00 |
| 22-Aug-03 | Travel time to Worceter for Pre-Hearing | 1 | $125.00 | $125.00 |
| 22-Aug-03 | BSEA pre-hearing | 2 | $125.00 | $250.00 |
| 22-Aug-03 | travel time from Worceter for Pre-Hearing | 1 | $125.00 | $125.00 |
| 25-Aug-03 | Calls to Dr. Kemper/White Oak/client | 0.5 | $125.00 | $62.50 |
| 26-Aug-03 | Drafting 10 day letter re: placement | 0.5 | $125.00 | $62.50 |
| 29-Aug-03 | Telephone call with Dr. Kemper re:evals | 0.5 | $125.00 | $62.50 |
| 5-Sep-03 | Drafting status report | 1 | $125.00 | $125.00 |
| 19-Sep-03 | Telephone call with client | 0.5 | $125.00 | $62.50 |
| 22-Sep-03 | Drafting letter to BSEA | 0.5 | $125.00 | $62.50 |
| 2-Oct-03 | Telephone call with BSEA- conference | 0.5 | $125.00 | $62.50 |
| 6-Oct-03 | Telephone call with client | 0.25 | $125.00 | $31.25 |
| 14-Oct-03 | Telephone call with client | 0.25 | $125.00 | $31.25 |
| 15-Oct-03 | Drafting mot. -oppose request psych evals | 1.5 | $125.00 | $187.50 |
| 17-Oct-03 | Review of discovery requests and interog | 1 | $125.00 | $125.00 |
| 23-Oct-03 | Review of disc. Req. for materials | 1 | $125.00 | $125.00 |
| 27-Oct-03 | Prep for trial and draft summons | 1 | $125.00 | $125.00 |
| 28-Oct-03 | Prep for trial (responses for interog, and gathering and copying doc, call to Dr. Kemper | 6 | $125.00 | $750.00 |
| 29-Oct-03 | Drafting letter to BSEA re: Dr. Kemper | 0.5 | $125.00 | $62.50 |
| 30-Oct-03 | completing req. for interog. And discovery | 3 | $125.00 | $375.00 |
| 5-Nov-03 | copying costs | | | $60.57 |
| 7-Nov-03 | Telephone call with White Oak and client | 1 | $125.00 | $125.00 |
| 10-Nov-03 | Telephone call with Jodi Rosol | 0.5 | $125.00 | $62.50 |
| 9-Dec-03 | Telephone call with Dr. Kemper | 0.5 | $125.00 | $62.50 |
| 10-Dec-03 | Telephone call with BSEA/client | 0.5 | $125.00 | $62.50 |
| 18-Dec-03 | Drafting interogetories | 2 | $125.00 | $250.00 |
| 5-Jan-04 | Telephone call with White Oak | 0.5 | $125.00 | $62.50 |
| 13-Jan-04 | Telephone call with White Oak/client | 0.5 | $125.00 | $62.50 |
| 13-Jan-04 | Telephone call with Dr. Kemper | 0.5 | $125.00 | $62.50 |
| 13-Jan-04 | meeting with White Oak staff re: case | 3.5 | $125.00 | $437.50 |
| 14-Jan-04 | trial preparation | 4 | $125.00 | $500.00 |
| 16-Jan-04 | Drafting requests for summons | 1 | $125.00 | $125.00 |
| 19-Jan-04 | Review of Read 180 literature | √4.5 | $125.00 | $562.50 |
| 19-Jan-04 | Legal research re: Read 180 | √2.5 | $125.00 | $312.50 |
| 19-Jan-04 | Review of all school's exhibits | √3.5 | $125.00 | $437.50 |
| 19-Jan-04 | assembling supplemental exhibits/copying | √3 | $125.00 | $375.00 |
| 20-Jan-04 | Telephone call with Jodi Rosol/notes | 0.5 | $125.00 | $62.50 |
| 20-Jan-04 | Telephone call with White Oak/notes | 0.5 | $125.00 | $62.50 |
| 20-Jan-04 | Witness preparation | 3 | $125.00 | $375.00 |
| 20-Jan-04 | Telephone call with Dr. Kemper | 1.5 | $125.00 | $187.50 |

*Handwritten annotations in right margin: 187.50; 187.50; 187.50; 2843.75; 5998.07; 8279.32*



Invoice

| | PIP PRINTING | NO. | 59758 |
| | 1182 Main Street | | |
| | Springfield, MA  01103 | | |
| | Tel (413) 737-5378 | DATE | 11/5/3 |
| | Fax (413) 731-5055 | | |

**SOLD TO**
Beaulieu, Derek
1242 Main Street
Suite 306
Springfield, MA  01103
733-1824  FAX: 734-4658

CUSTOMER P.O. NO.

| QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|
| 2 | Re:  Kaitlyn T., 8.5 x 11 20# Bond WHITE, 276 originals, copied on 1 side | 57.69 |

**PAID**

File Originals
Notification: none
Wanted: Thu 11/6  4:00 PM
Re:  Kaitlyn T.

Sales Rep: Kathy
Account Type: COD

| | | |
|---|---|---|
| Subtotal | | 57.69 |
| Tax | | 2.88 |
| Shipping | | |
| Total | | 60.57 |

Received by:         Date:         Number of Cartons:



```
PIP PRINTING #211
1182 MAIN ST
SPRINGFIELD MA 01103
(413)827-7880

2:15 PM  11/06/03
VS *************9353  ****
DEREK M BEAULIEU
SALE  TERM# 0001
AMOUNT  $   60.57
REF #001  AP 006663
BATCH #132
CUSTOMER COPY
```

just printing!
ndery Services
raditional Single- & Multi Color Printing
our Color Process Printing
raphic Design & Layout
utput from Customer Disks
ariable Data Printing

ILL BE SENT.