UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KAITLIN THARALDSON**    CIVIL / CRIMINAL

CASE NO. 04-30086

V.

**CHICOPEE PUBLIC SCHOOLS**

Defendant

**NOTICE**

PONSOR    D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for A HEARING ON THE MOTION TO DISMISS ON SEPTEMBER 8, 2005 AT 3:00 P.M. BEFORE JUDGE PONSOR IN COURTROOM ONE ON THE FIFTH FLOOR.

SARAH A. THORNTON,

CLERK OF COURT

/s/Elizabeth A. French

**July 25, 2005**    By:

Date    Deputy Clerk

**(Notice of Hearing.wpd - 3/7/2005)**