```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

KAITLYN T. THARALDSON, ET AL )
        Plaintiffs    )
                          )
        v.                 )  CIVIL ACTION NO. 04-30086-MAP
                          )
CHICOPEE PUBLIC SCHOOLS, ET )
AL,                           )
        Defendants   )

## FURTHER SCHEDULING ORDER

September 12, 2005

**PONSOR, D.J.**

Counsel appeared before this court on September 8, 2005, supposedly for argument on defendants' Motion to Dismiss Plaintiff's Supplemental Complaint for Attorney's Fees. At that time the court informed counsel of what appeared to be an obvious mis-communication. Counsel were ordered to confer with each other. In addition, counsel for the plaintiffs was ordered to file with this court, in writing, on or before September 22, 2005, a status report with regard to negotiations related to resolution, or the necessity for a further hearing.

In this supplemental report, counsel may request time to file supplemental memoranda in light of the improved climate of communications. The court urges counsel to carefully discuss possible settlement in this matter before returning to court.

It is So Ordered.


                        /s/ Michael A. Ponsor
                        MICHAEL A. PONSOR
                        United States District Judge