## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON | ) ) ) |
| **Plaintiffs** | ) ) |
| | ) **CIVIL ACTION NO. 04-30086** |
| **v.** | ) ) |
| CHICOPEE PUBLIC SCHOOLS and THE CITY OF CHICOPEE | ) ) |
| **Defendants** | ) ) |

### PLAINTIFF'S STATUS REPORT

Pursuant to your Order dated September 12, 2005, please note that the parties have been communicating effectively.  As a result of our communications Attorney Thompson has been provided a copy of the attorney's fees exhibit that was filed with the supplemental complaint. After her review of the attorney's fees she expressed concern regarding the lack of contemporaneous records.  I am therefore in the process of copying all the contemporaneous records that support the summary of attorney's fees for Attorney Thompson's review.  Attorney Thompson has also expressed concern regarding the two different rates that I use, one for the Bureau of Special Education Appeals and a higher rate for the Federal Court.  I am in the process of providing Attorney Thompson with copies of my standard contract so that she can see my custom and practice in representing clients in the different forums.  Hopefully, this will resolve any concerns she may have regarding the legitimacy of the attorney's fees I submitted and lead us into fruitful settlement negotiation.  Attorney Thompson has indicated that she expects to be able to offer a settlement amount in the present case by September 30th.

In the event that the matter cannot be resolved I believe the parties will each file supplemental motions containing argument and exhibits, however, before that occurs it appears that we should continue to discuss an amicable resolution to this matter without further assistance from your honor.

WHEREFORE, Kaitlyn T. and her parents respectfully request that the court set another date for status so that the parties can attempt to resolve this matter via settlement

Respectfully submitted,
The Plaintiffs
By their attorney

September 21, 2005                    **/S/DEREK M. BEAULIEU**
                                     Derek M. Beaulieu, Esq.
                                     1242 Main Street, Suite 306
                                     Springfield, MA 01103
                                     BBO#644185