UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Case Number: 04-30086-MAP

KAITLYN T., DAVID THARALDSON;
DIANE THARALDSON,
    Plaintiffs

v.

CHICOPEE PUBLIC SCHOOLS and THE
CITY OF CHICOPEE,
    Defendant

DEFENDANT'S STATUS REPORT

Now comes the defendant in the above-entitled matter, through its counsel, and hereby submits a Status Report in compliance with the Court's Order dated September 12, 2005.

Counsel for the plaintiffs has supplemented his Supplemental Complaint for Attorney's Fees with a list of legal services rendered from June 23, 2003 through April 15, 2005. A dispute continues to exist between the parties since the list produced does not include contemporaneous records of the services rendered in this case. It is the defendant's position, consistent with its Memorandum in Support of Motion to Reduce Fees, that the plaintiffs bear the burden of furnishing evidence to document services rendered under the Individuals with Disabilities Education Act. The documentation must be detailed and contemporaneous to be reliable. In addition to the insufficiency of the supporting documentation, the defendants also dispute the reasonableness of two different hourly rates ($145 per hour v. $125 per hour) during the same years.

The plaintiffs, on the other hand, argue that the summary that counsel compiled is adequate documentation of the services rendered and the hourly rates are reasonable.

283132.1

Counsel for the defendant is conferring with Chicopee Public Schools representatives to formulate a fair and reasonable settlement offer to resolve this attorney's fees dispute. The defendant anticipates providing plaintiffs' counsel with that offer on or before September 30, 2005. If the parties cannot agree on a fair settlement figure, the defendant requests leave to file a supplemental memorandum by October 7, 2005 relative to its analysis of the attorney's fees documentation and its position with respect to reimbursement. A further hearing may be necessary if the parties cannot agree relative to this fee dispute.

                                        CHICOPEE PUBLIC SCHOOLS and
                                        CITY OF CHICOPEE
                                        BY ITS ATTORNEY,

*/s/ Claire L. Thompson*
_____
Claire L. Thompson, Esquire
BBO No: 550262
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
1414 Main Street, Suite 1900
Springfield, MA 01144-1900
Tel: (413) 733-3111
Dated: September 22, 2005                    Fax: (413) 734-3910