UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Case Number: 04-30086-MAP

| | |
|---|---|
| KAITLYN T., DAVID THARALDSON; DIANE THARALDSON,<br>　　Plaintiffs<br><br>v.<br><br>CHICOPEE PUBLIC SCHOOLS and THE CITY OF CHICOPEE,<br>　　Defendant | |

## STATUS REPORT OF THE CHICOPEE PUBLIC SCHOOLS

On October 17, 2005, counsel for the plaintiff, Attorney Beaulieu, forwarded to counsel for the defendant the correspondence and sample fee agreement attached as Exhibit A, along with sanitized copies of contemporaneous records kept relative to the underlying (BSEA) dispute. Attorney Beaulieu indicated both in the October 17th correspondence and verbally on September 8, 2005 that he did not have a formal fee agreement with the plaintiffs for legal services rendered in this case. Attorney Beaulieu further indicated on September 8th that the plaintiffs have paid a total of $2,500 for his services. He has not billed the plaintiffs for all services rendered in the BSEA and federal court matters. Attorney Beaulieu viewed his representation in this matter as a "good learning opportunity to study the law regarding special education".

As previously discussed in the Defendant's Memorandum in Support of Motion to Dismiss and to Reduce Fees in this case, Chicopee objects to the reasonableness of and necessity for numerous services rendered by Attorney Beaulieu at two different hourly rates of $125 and $145 neither of which is confirmed by a fee agreement. This Court must exclude hours that were

286941.1

not reasonably expended on the litigation. *Hensley v. Eckerhart*, 461 U.S. 424, 434, 102 S.Ct. 1933, 1939 (1983). "It does not follow that the time *actually* expended is the amount of time *reasonably* expended." *Copeland v. Marshall,* 641 F.2d 880, 891 (D.C. Cir. 1980). The attorney's fees lists submitted by Attorney Beaulieu include clerical services, rather than the services of an attorney, numerous telephone calls without any reference to the subject of the telephone call, hand deliveries or messenger tasks, and excessive or duplicative amounts of time spent on research and drafting of motions, some of which were unavailing.

Despite Chicopee's objections to the reasonableness and necessity for many of the charges, however, its counsel negotiated a settlement figure with Attorney Beaulieu to resolve the attorney's fees case on October 18th, and 19th, 2005. The sum that was verbally accepted by counsel for the plaintiffs reflects approximately 73% of the total fees sought by Attorney Beaulieu plus expert fees. Attorney Beaulieu agreed to accept the settlement in installments with 50% to be paid by December 31, 2005 and the remaining 50% to be paid subsequent to the start of the next fiscal year on July 1, 2006. Chicopee further agreed to waive its right to pursue reimbursement of its fees incurred in the appeal of BSEA No: 05-2920 relative to the 2004-2005 IEP in exchange for dismissal of the appeal.

On October 21, 2005, Attorney Beaulieu left a telephone message for counsel for Chicopee indicating that the parents had rejected Chicopee's offer to settle both the attorney's fees and appeal cases.

At this time, Chicopee remains amenable to negotiating a fair and reasonable resolution of the attorney's fees case. If this case cannot be resolved by the continued efforts of counsel, Chicopee will submit a supplemental memorandum detailing its objection to the reasonableness and necessity for many of Attorney Beaulieu's legal service entries. Counsel for Chicopee is scheduled to meet with the school committee to discuss this matter further in executive session

on Wednesday, November 2, 2005.  Chicopee requests a further opportunity to negotiate resolution of the attorney's fees case with Attorney Beaulieu through November 4, 2005.

                                    CHICOPEE PUBLIC SCHOOLS and
                                    CITY OF CHICOPEE
                                    BY ITS ATTORNEY,

                                    */s/ Claire L. Thompson*
                                    _____
                                    Claire L. Thompson, Esquire
                                    BBO No: 550262
                                    Doherty, Wallace, Pillsbury
                                        & Murphy, P.C.
                                    1414 Main Street, Suite 1900
                                    Springfield, MA 01144-1900
                                    Tel:  (413) 733-3111
Dated: October 24, 2005              Fax:  (413) 734-3910

## CERTIFICATE OF SERVICE

     I, Claire L. Thompson, hereby certify that I served a copy of the foregoing by mailing a copy of the same, postage prepaid, to Attorney Derek Beaulieu, 1242 Main Street, Suite 306, Springfield, MA 01103 on October 24, 2005.

                                    */s/Claire L. Thompson*
                                    _____
                                    Claire L. Thompson