UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAITLYN; DAVID THARADSON

CASE NO. 04-30086 - MAP

V.

CHICOPEE PUBLIC SCHOOLS

### NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a STATUS CONFERENCE on December 7, 2005 at 2:30 PM before Michael A. Ponsor, U.S. D.J In Courtroom # 1 on the 5th floor.

SARAH THORNTON
CLERK OF COURT

10/28/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]